

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of D.L.N., E.L.N., and J.L.N., Children

No. 06-19-00090-CV

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 39,162). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED AUGUST 19, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk